FILED
April 21, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)        CASE NUMBER: 2:15-mj-00096-KJN
Plaintiff,  )
v.                                              )        ORDER FOR RELEASE
)
ALFRED MOFFETT,                    )
)
Defendant.  )

TO:  UNITED STATES MARSHAL:

This is to authorize the release of <u>Alfred Moffett</u>; Case <u>2:15-mj-00096-KJN</u> subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    <u>X</u>    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

    _    Unsecured Appearance Bond in the amount of

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    _    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/21/2015</u> at <u>2:05 p.m.</u>

By _____
Kendall J. Newman
United States Magistrate Judge